# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH JENKINS,** | : |
| Petitioner | : CIVIL ACTION NO. 3:22-1148 |
| v. | : (JUDGE MANNION) |
| | : |
| **R. THOMPSON, WARDEN,** | : |
| Respondent | : |
| | : |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*MALACHY E. MANNION*
United States District Judge

DATE: April 6, 2023
22-1148-01